Degenhardt *v.* Atlas Assurance Company, Appellant.

OPINION BY BEAVER, J., December 12, 1910:

This case was tried in the court below, and argued here, in the case of the same plaintiff against the Aachen & Munich Fire Ins. Co., being No. 76 of April Term, 1910, in which an opinion has been this day filed, ante, p. 644.

For the reasons therein stated, the questions involved being precisely the same, we are of the opinion that the court committed no reversible error.

And for the reasons therein stated, judgment affirmed.

MORRISON and PORTER, JJ., dissent.